UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUV BALDWIN,<br><br>             Petitioner,<br><br>             v.<br><br>WELLS FARGO BANK,<br>DOES 1-25,<br><br>             Respondents. | No. MC 11-230 UA (PJWx<br><br>J U D G M E N T |

For the reasons set forth in the Order filed this day, the Petition is denied and the action is dismissed with prejudice.

IT IS SO ORDERED.

Dated June 27, 2011

                                        /s/ Audrey B. Collins
                                 AUDREY B. COLLINS
                                 UNITED STATES DISTRICT JUDGE